UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN O'MARA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:21-CV-00387-RWS |
| ) | |
| EMPIRE MECHANICAL, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

## **ORDER**

Plaintiffs move for default judgment against Empire Mechanical, Inc., in this Employee Retirement Income Security Act (ERISA) unpaid contributions case. ECF No. [12]. On July 19, 2021, the Clerk of Court entered default in this case. Plaintiffs filed a motion for default judgement on August 9, 2021.

Plaintiffs submit several affidavits, the collective bargaining agreement between Plumbers and Pipefitters Local 562 and its contractors, including the defendant. This evidence supports the amount of damages sought which totals $55,328.99 and includes $40,687.46 in unpaid contributions to the plaintiff's employee benefit funds, $8137.49 in liquidated dames, $4143.76 in union dues, [ECF Nos. 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-8],  and $1782.00 in attorneys' fees. and $578.28 in costs, [ECF No. 12-9].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment, [ECF No. 12], is **GRANTED**. A separate judgment will be entered herewith.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of August 2021.