UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN O'MARA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:21-CV-00387-RWS |
| EMPIRE MECHANICAL, INC. | ) |
| Defendant | ) |

# JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall have default judgment in this case in the total amount of **$55,328.99** including $40,687.46 in unpaid contributions to the Plaintiff's Trust Fund, [ECF No. 10-7], $8,137.49 in liquidated damages, $4,143.76 in union dues, (Id.) and $2,360.28 attorneys' fees and costs, [ECF No. 12-9], as well as post-judgment attorneys' fees and costs incurred in connection with this case until this judgment has been fully executed.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of August 2021.